IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

v.                                                  Criminal Case No. 3:23cr119

ZACHARY FUQUA,

Defendant.

## ORDER

This matter comes before the Court on the October 19, 2023 Report & Recommendation ("R&R") issued by the Honorable Summer L. Speight, United States Magistrate Judge. (ECF No. 18.) The R&R recommends that the Court adopt "its findings, including the acceptance of the Defendant's plea of guilty" and enter "the resulting judgment of guilt on the subject charge." (ECF No. 18, at 3.) No objections to the R&R have been filed, and the time to do so has expired.

Finding no error, the Court hereby ADOPTS the findings and recommendations as set forth in the R&R. (ECF No. 18.) The Defendant is hereby ADJUDGED GUILTY of Count 1 of the Criminal Information. (ECF No. 1.)

The Clerk is DIRECTED to file a copy of this Order electronically and notify all counsel of record.

It is SO ORDERED.

Date: 11/03/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge